with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

Eugene WILLIAMS, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 94047.

Missouri Court of Appeals,
Eastern District,
Division Three.

Nov. 16, 2010.

Maleaner Harvey, St. Louis, MO, for appellant.

Chris Koster, Evan J. Buchheim, Jefferson City, MO, for respondent.

Before SHERRI B. SULLIVAN, P.J., CLIFFORD H. AHRENS, J., and LAWRENCE E. MOONEY, J.

*ORDER*

PER CURIAM.

Eugene Williams (Movant) appeals from the judgment of the Circuit Court of the City of St. Louis denying, without an evidentiary hearing, his Rule 29.15 motion for post-conviction relief.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

Wendy E. HAMILTON and Estate of Blake Hamilton, by Stacey Velleca, Personal Representative, Appellants,

v.

GENERAL AMERICAN LIFE INSURANCE CO., Joseph Potter and Yvonne Potter–Mahan, Respondents.

No. ED 94173.

Missouri Court of Appeals,
Eastern District,
Division Three.

Nov. 16, 2010.

William W. Cheeseman, Sr., Troy, MO, Ronald S. Ribaudo, St. Charles, MO, for appellants.

Ann E. Buckley, St. Louis, MO, David A. Dalton, II, St. Peters, MO, for respondents.

Before SHERRI B. SULLIVAN, P.J., CLIFFORD H. AHRENS, J., and LAWRENCE E. MOONEY, J.

## ORDER

PER CURIAM.

Stacey Velleca, the personal representative of the Estate of Blake Hamilton, appeals from the trial court's judgment declaring that defendant General American Life Insurance Company correctly paid life insurance benefits to the decedent's stepchildren, Joseph Potter and Yvonne Potter–Mahan, the named contingent beneficiaries of a life insurance policy issued to the decedent. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, explaining the reasons for our decision. We affirm. Rule 84.16(b)(5).